

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00667-CR

Ex Parte Robert Edward **DUDLEY**

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2012W 0226
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  January 16, 2013

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We, therefore, grant the motion and dismiss this appeal. *See id.*

PER CURIAM

Do not publish